IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RALPH ANTONIO TAYLOR, | ) | No. C 13-4831 LHK (PR) |
| Plaintiff, | ) ) | NOTICE OF DISMISSAL |
| v. | ) ) | |
| KAMALA D. HARRIS, et al., | ) ) | |
| Defendants. | ) ) ) | |

On September 25, 2013, plaintiff, a California state prisoner, filed an amended complaint in *Taylor v. Harris*, 13-1861 LHK, a civil rights case which was dismissed and closed on July 15, 2013. Because *Taylor v. Harris*, 13-1861 LHK, had already closed, and the appeal had been voluntarily dismissed, the court instructed the Clerk to file plaintiff's underlying amended complaint as an original complaint in a new action.

On September 25, 2013, the Clerk opened the instant action. On October 17, 2013, the Clerk notified plaintiff that he failed to submit the filing fee or a completed application for leave to proceed in forma pauperis. On November 5, 2013, plaintiff filed a letter with the court stating that he had not intended to open a new case. Plaintiff further stated that he intended that his "amended complaint" be filed in *Taylor v. Harris*, 13-1861 LHK. However, as the court has noted, *Taylor v. Harris*, 13-1861 LHK, is closed and plaintiff voluntarily dismissed the appeal. The Ninth Circuit issued the mandate on August 20, 2013. Thus, if plaintiff wishes to pursue a

Notice of Dismissal
G:\PRO-SE\LHK\CR.13\Taylor831voldis.wpd

1  civil rights action, he must file a new action.

2      Plaintiff may voluntarily dismiss his complaint with or without order of this court. *See*

3  Fed. R. Civ. P. 41(a)(1)(A), (a)(2).  Because no opposing party has been served, plaintiff's letter

4  requesting to dismiss these proceedings is construed as a "notice of dismissal." *See* Fed. R. Civ.

5  P. 41(a)(1)(A)(I).  Accordingly, this action is **DISMISSED**.

6      The Clerk shall terminate all pending motions and deadlines and close the file.

7      IT IS SO ORDERED.

8  DATED:   11/25/13

*Lucy H. Koh*

LUCY H. KOH
United States District Judge