IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RALPH ANTONIO TAYLOR, | ) | No. C 13-4831 LHK (PR) |
| Plaintiff, | ) | NOTICE OF DISMISSAL |
| v. | ) | |
| KAMALA D. HARRIS, et al., | ) | |
| Defendants. | ) | |

On September 25, 2013, plaintiff, a California state prisoner, filed an amended complaint in *Taylor v. Harris*, 13-1861 LHK, a civil rights case which was dismised and closed on July 15, 2013. Because *Taylor v. Harris*, 13-1861 LHK, had already closed, and the appeal had been voluntarily dismissed, the court instructed the Clerk to file plaintiff's underlying amended complaint as an original complaint in a new action.

On September 25, 2013, the Clerk opened the instant action. On October 17, 2013, the Clerk notified plaintiff that he failed to submit the filing fee or a completed application for leave to proceed in forma pauperis. On November 5, 2013, plaintiff filed a letter with the court stating that he had not intended to open a new case. Plaintiff further stated that he intended that his "amended complaint" be filed in *Taylor v. Harris*, 13-1861 LHK. However, as the court has noted, *Taylor v. Harris*, 13-1861 LHK, is closed and plaintiff voluntarily dismissed the appeal. The Ninth Circuit issued the mandate on August 20, 2013. Thus, if plaintiff wishes to pursue a

1  civil rights action, he must file a new action.

2  Plaintiff may voluntarily dismiss his complaint with or without order of this court. *See*
3  Fed. R. Civ. P. 41(a)(1)(A), (a)(2).  Because no opposing party has been served, plaintiff's letter
4  requesting to dismiss these proceedings is construed as a "notice of dismissal." *See* Fed. R. Civ.
5  P. 41(a)(1)(A)(I).  Accordingly, this action is **DISMISSED**.

6  The Clerk shall terminate all pending motions and deadlines and close the file.

7  IT IS SO ORDERED.

8  DATED:     11/25/13                          *Lucy H. Koh*
                                                LUCY H. KOH
9                                               United States District Judge