IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH ANTONIO TAYLOR,<br><br>    Plaintiff,<br><br>    v.<br><br>KAMALA D. HARRIS, et al.,<br><br>    Defendants. | No. C 13-4831 LHK (PR)<br><br>ORDER DIRECTING PLAINTIFF TO FILE APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE |

On September 25, 2013, plaintiff, a California state prisoner, filed an amended complaint in *Taylor v. Harris*, 13-1861 LHK, a civil rights case which was dismissed and closed on July 15, 2013. Because *Taylor v. Harris*, 13-1861 LHK, had already closed, and the appeal had been voluntarily dismissed, the court instructed the clerk to file plaintiff's underlying amended complaint as an original complaint in a new action.

On September 25, 2013, the clerk opened the instant action. On October 17, 2013, the clerk notified plaintiff that he failed to submit the filing fee or a completed application for leave to proceed in forma pauperis. On November 5, 2013, plaintiff filed a letter with the court stating that he had not intended to open a new case. Thus, on November 26, 2013, the court filed a notice of dismissal, pursuant to plaintiff's request.

On December 16, 2013, plaintiff filed a motion for reconsideration and requested the court to re-open this action. The court notes that plaintiff has not filed an application for leave to

1  proceed in forma pauperis, nor has plaintiff paid the filing fee.  Within **thirty days** of the filing

2  date of this order, plaintiff must file a completed application to proceed in forma pauperis, or pay

3  the filing fee.  **Failure to do so within thirty days will result in the denial of plaintiff's**

4  **motion for reconsideration and this case remaining closed.**

5      IT IS SO ORDERED.

6  DATED: 3/21/14

          *Lucy H. Koh*
LUCY H. KOH
United States District Judge